No. 64092.—Rene D. Lyon Company, Inc. v. United States, protest 59/13362 (San Francisco).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

No. 64093.—Green Bros. & Co. v. United States, protest 59/21904 (San Francisco).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, APRIL 20, 1960

No. 64094.—Universal Marion Corporation v. United States, protests 58/23114 and 58/23117 (Galveston).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 64095.—Pfeil & Holing, Inc. v. United States, protest 59/20672 (New York).

Opinion by LAWRENCE, J. An examination of the record disclosed that the full amount of duty due had not been paid at the time of protest. Accordingly, the defendant's motion to dismiss for lack of prosecution was denied, and the protest was dismissed *sua sponte* for lack of prosecution.

BEFORE THE THIRD DIVISION, APRIL 20, 1960

No. 64096.—Reliance Merchandise Company, Inc. v. United States, protest 58/23585(A) (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64097.—United Commercial Co. v. United States, protest 59/9599 (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64098.—National Carloading Corporation v. United States, protest 59/9601 (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.